No. 04–92. NEBRASKA ET AL. *v.* CENTRAL INTERSTATE LOW-LEVEL RADIOACTIVE WASTE COMMISSION. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.1.